# EXHIBIT A

# Application of U.S. Patent No. 9,696,847 to HMD Global's mobile devices

**\* This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as binding or limiting**

| **Claim 13** | **Evidence of Infringement** |
|---|---|
| 13. A user interface method, comprising: | HMD Global (hereinafter Nokia) makes, uses, imports, sells and/or offers for sale Android smartphones that perform the methods claimed by U.S. Patent No. 9,696,847.  For example, Nokia Android smartphones implement the method of claim 13 when configuring or implementing Pattern Lock, for which Nokia provides instruction (at least) in its product user guides. |

## Protect your phone with a screen lock

You can set your phone to require authentication when unlocking the screen.

### Set a screen lock

1. Tap Settings > Security & location > Screen lock.
2. Choose the type of lock and follow the instructions on your phone.

1. Tap Settings > Security and Location > Face unlock . If you don't have screen lock set up on your phone, tap Set up screen lock .

2. Select what backup unlocking method you want to use for the lock screen and follow the instructions shown on your phone.

Keep your eyes open and make sure your face is fully visible and not covered by any object, such as a hat or sunglasses.

⊙ **Note**: Using your face to unlock your phone is less secure than using a fingerprint, pattern or password. Your phone may be unlocked by someone or something with similar appearance. Face unlock may not work properly in backlight or too dark or bright environment.

*See, e.g.,* Nokia 6.2 User Manual, available at
https://www.nokia.com/phones/en_us/support/api/pdf/nokia-6-2-user-guide; *see also, e.g.,*
https://www.nokia.com/phones/en_us/support/nokia-6-2-user-guide/protect-your-phone-with-a-screen-lock?locale=en-USA

2

| <u>**Claim 13**</u> | <u>**Evidence of Infringement**</u> |
|---|---|
| <span style="color:blue">defining an enablement protocol for a function of an electronic device</span>, said enablement protocol comprising a user-defined gesture for touch input on a touch-sensitive area of a display screen operatively associated with said electronic device by displaying at least two visual indicators on the touch-sensitive area of the display screen indicative of a plurality of different possible gestures and inputting the user-defined gesture which includes a continuous touch which terminates at one of the at least two visual indicators on the touch-sensitive area of the display screen for the enablement protocol; | Nokia smartphones define an enablement protocol for a function of an electronic device when a user sets a pattern for pattern lock.<br><br><br><br>https://www.hardreset.info/devices/nokia/nokia-62-2019/add-fingerprint/ |

3

| <u>**Claim 13**</u> | <u>**Evidence of Infringement**</u> |
|---|---|
| defining an enablement protocol for a function of an electronic device, <span style="color:red">said enablement protocol comprising a user-defined gesture for touch input on a touch-sensitive area of a display screen operatively associated with said electronic device</span> by displaying at least two visual indicators on the touch-sensitive area of the display screen indicative of a plurality of different possible gestures and inputting the user-defined gesture which includes a continuous touch which terminates at one of the at least two visual indicators on the touch-sensitive area of the display screen for the enablement protocol; | The pattern is a user-defined gesture for touch input on the touch screen of a Nokia smartphone.<br><br><br><br>https://www.hardreset.info/devices/nokia/nokia-62-2019/add-fingerprint/ |

4

| **Claim 13** | **Evidence of Infringement** |
|---|---|
| defining an enablement protocol for a function of an electronic device, said enablement protocol comprising a user-defined gesture for touch input on a touch-sensitive area of a display screen operatively associated with said electronic device <span style="color:green">by displaying at least two visual indicators on the touch-sensitive area of the display screen indicative of a plurality of different possible gestures and inputting the user-defined gesture which includes a continuous touch which terminates at one of the at least two visual indicators on the touch-sensitive area of the display screen for the enablement protocol</span>; | Nokia smartphones define an enablement protocol by displaying a grid on which a user can draw a pattern (i.e., displaying at least two visual indicators on the touch-sensitive area of the display screen indicative of a plurality of different possible gestures) and interpreting a pattern drawn by the user (i.e., inputting the user-defined gesture which includes a continuous touch which terminates at one of the at least two visual indicators on the touch-sensitive area of the display screen for the enablement protocol).  https://www.hardreset.info/devices/nokia/nokia-62-2019/add-fingerprint/ |

5

| **Claim 13** | **Evidence of Infringement** |
|---|---|
| retaining said enablement protocol of said function; and | Nokia smartphones store the pattern (i.e., said enablement protocol of said function) for future use after a user draws the pattern (e.g., by selecting "NEXT").<br><br><br><br>https://www.hardreset.info/devices/nokia/nokia-62-2019/add-fingerprint/ |

| Claim 13 | Evidence of Infringement |
|---|---|
| displaying the at least two visual indicators on the touch-sensitive area of the display screen and receiving a gesture for touch input on the touch sensitive area of the display screen that substantially reproduces the user-defined gesture that includes the continuous touch which terminates at the one of the at least two visual indicators corresponding to said retained enablement protocol to enable said function. | Nokia smartphones confirm a pattern by displaying a grid on which a user can draw a pattern (i.e., displaying the at least two visual indicators on the touch-sensitive area of the display screen ) and receiving from the touch screen display a pattern drawn by a user (i.e., receiving a gesture for touch input on the touch sensitive area of the display screen that substantially reproduces the user-defined gesture that includes the continuous touch which terminates at one of the at least two visual indicators corresponding to said retained enablement protocol to enable said function).  https://www.hardreset.info/devices/nokia/nokia-62-2019/add-fingerprint/ |