IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(MARSHALL DIVISION)

| | |
|---|---|
| **TACTUS TECHNOLOGIES, LLC,**<br><br>　　Plaintiff,<br><br>v.<br><br>**HMD GLOBAL OY**<br><br>　　Defendants. | §<br>§<br>§<br>§  C.A. No. 2:20-CV-00040<br>§<br>§  **JURY TRIAL DEMANDED**<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

　　Plaintiff files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedures and states that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

| | |
|---|---|
| Dated: February 18, 2020 | Respectfully submitted,<br><br>/s/ *Jonathan H. Rastegar*<br>Jonathan H. Rastegar<br>Texas Bar No. 24064043<br>T. William Kennedy Jr.<br>Texas Bar No. 24055771<br><br>**BRAGALONE CONROY PC**<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670<br>Fax: (214) 785-6680<br>jrastegar@bcpc-law.com<br>bkennedy@bcpc-law.com<br><br>Attorneys for Plaintiff<br>**TACTUS TECHNOLOGIES, LLC** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 18th day of February, 2020.

/s/ *Jonathan H. Rastegar*