## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 2:20-CV-00040-JRG

Plaintiff:
**TACTUS TECHNOLOGIES, LLC**

vs.

Defendant:
**HMD GLOBAL OY**

For:
JONATHAN H. RASTEGAR
BRAGALONE CONROY PC
2200 ROSS AVENUE
SUITE 4500W
DALLAS, TX 75201

Received by SPECIAL DELIVERY SERVICE, INC on the 14th day of May, 2020 at 3:25 pm to be served on **HMD GLOBAL OY, 1200 BRICKELL AVENUE, UNIT/SUITE 510, MIAMI, FL 33131**.

I, Kristofer Vela, being duly sworn, depose and say that on the **20th day of May, 2020** at **11:10 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Plaintiff's Original Complaint for Patent Infringement with Exhibits** with the date and hour of service endorsed thereon by me, to: **CRISTIAN CAPELE** as **SALES REPRESENTATIVE** for **HMD GLOBAL OY**, at the address of: **1200 BRICKELL AVENUE, UNIT/SUITE 510, MIAMI, FL 33131**, and informed said person of the contents therein, in compliance with state statutes.

Additional Information pertaining to this Service:
5/15/2020  11:20 am  Attempted service at 1200 BRICKELL AVENUE, UNIT/SUITE 510, MIAMI, FL 33131.
Closed no contact. Seems it's been a while

Description of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 200, Hair: Bald, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, to the best of my knowledge and belief F.S. 92.525 Verification of documents.

Subscribed and Sworn to before me on the 1st day of June 2020 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

LYNN REICH
Notary Public - State of Florida
Commission # GG 255266
My Comm. Expires Sep 4, 2022
Bonded through National Notary Assn.

Kristofer Vela
MDCPS#10015

SPECIAL DELIVERY SERVICE, INC
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3267

Our Job Serial Number: CIZ-2020006976
Ref: 1330259

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g

