**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TACTUS TECHNOLOGIES, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> HMD GLOBAL OY, § <br> § <br> Defendant. § | Case No. 2:20-cv-00040-JRG-RSP |

**DECLARATION OF REX C. FRYHOVER**

I, Rex C. Fryhover, declare under 28 U.S.C. § 1746:

1. I am Head of Operations for HMD America, Inc. I have personal knowledge of the matters set forth below and, if called as a witness, could and would testify competently thereto.

2. HMD America, Inc. ("HMD America") is a Florida corporation, with headquarters at 1200 Brickell Avenue, Suite 510, Miami, Florida, where it currently employs eleven people.

3. HMD America is a wholly owned subsidiary of HMD Global Oy ("HMD Global"), a Finnish company with headquarters in Espoo, Finland.

4. HMD Global develops, manufactures, and markets mobile devices under the Nokia brand name. HMD America imports and sells those mobile devices in the United States, and provides in-country support to United States customers.

-2-

5.  HMD Global does not control HMD America's daily operations or policies, and HMD America employs its own leadership team. The companies hold separate board meetings, do not share management, and employ different people.

6.  HMD Global and HMD America operate in separate countries, under separate bylaws, keep separate financial statements and separate books and records, and file separate tax returns.

7.  HMD America does not accept service of process for HMD Global, and is not authorized to do so.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Miami, Florida, on June 10, 2020.

_____
Rex C. Fryhover