– 1 –

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TACTUS TECHNOLOGIES, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> HMD GLOBAL OY, § <br> § <br> Defendant. § | Case No. 2:20-cv-00040-JRG-RSP |

## ORDER GRANTING MOTION TO DISMISS OF HMD GLOBAL OY

The Court, having considered the Motion to Dismiss of HMD Global Oy under Federal Rules of Civil Procedure 12(b)(2), 12(b)(4), and 12(b)(5), finds that the Motion should be GRANTED.

It is therefore ORDERED that all claims by Tactus Technologies, LLC against HMD Global Oy are hereby **DISMISSED WITHOUT PREJUDICE**.