**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TACTUS TECHNOLOGIES, LLC, § | |
| § | Case No.  2:20-cv-00040-JRG-RSP |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| HMD GLOBAL OY, § | |
| § | |
| Defendant. § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR HMD GLOBAL OY

Matthew S. Warren of Warren Lex LLP appears as counsel for specially appearing defendant HMD Global Oy in this matter.  Please serve all pleadings, discovery, correspondence, and other material on Mr. Warren at the address below.

Dated:  June 10, 2020

Respectfully submitted,

_____
Matthew S. Warren (California Bar No. 230565)
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-40@cases.warrenlex.com

*Attorney for HMD Global Oy*