IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TACTUS TECHNOLOGIES, LLC, | § § § § § § § § § § | Case No.  2:20-cv-00040-JRG-RSP |
| Plaintiff, | | |
| v. | | |
| HMD GLOBAL OY, | | |
| Defendant. | | |

## NOTICE OF APPEARANCE OF COUNSEL FOR HMD GLOBAL OY

Erika Warren of Warren Lex LLP appears as counsel for specially appearing defendant HMD Global Oy in this matter.  Please serve all pleadings, discovery, correspondence, and other material on Ms. Warren at the address below.

Dated:  June 12, 2020

Respectfully submitted,

_____
Erika Warren (California Bar No. 295570)
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-40@cases.warrenlex.com

*Attorney for HMD Global Oy*