IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TACTUS TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:20-CV-00040 |
| v. | § § | |
| HMD GLOBAL OY, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

### DECLARATION OF GREG BENEFIELD

I, Greg Benefield, hereby declare as follows:

1. I am a manager at Special Delivery Service, Inc. ("Special Delivery"). I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. Bragalone Conroy PC ("Bragalone Conroy") retained Special Delivery to serve process on HMD Global Oy in the above-referenced matter. On May 12, 2020, Bragalone Conroy sent Special Delivery a summons and complaint in the above-referenced matter and requested that we effectuate service on HMD Global Oy at 1200 Brickell Avenue, Suite 510, Miami, Florida.

3. Special Delivery sent the materials to process server in Florida. It is my understanding that the process server noted the location of service on the summons. This is a common practice that helps ensure the server attempts service at the correct location. Special Delivery has been effectuating service for over 15 years. In that time, I am not aware of any instance where such a notation rendered the summons invalid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2020

Greg Benefield,
Manager, Special Delivery