# EXHIBIT A

| | |
|---|---|
| **From:** | Jonathan Szarzynski <jon@endpointip.com> |
| **Sent:** | Monday, February 24, 2020 9:25 AM |
| **To:** | Jari.Koljonen@hmdglobal.com |
| **Cc:** | info@hmdglobal.com; legal@hmdglobal.com |
| **Subject:** | Tactus Technologies |
| **Attachments:** | 1 - COMPLAINT against HMD Global OY.pdf; 1-1 - Ex A Claim Chart.pdf |

Dear Mr. Koljonen,

I am reaching out on behalf of Tactus Technologies LLC.  Tactus recently filed a patent infringement lawsuit against HMD Global in the United States District Court for the Eastern District of Texas.  I have attached a copy of the complaint.  Tactus is interested in licensing its portfolio to HMD.  Please let me know if you (or someone else at HMD) is interested in setting up a call to discuss licensing of the Tactus patent portfolio and resolution of the recently filed litigation.

Best,
Jonathan Szarzynski
Founder, CEO
D: 214.893.6809
www.endpointip.com



The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please destroy all copies of this message and any attachments.