# EXHIBIT C



# Tracking Details

1Z26AA516698540276

**Updated:** 06/12/2020 12:29 P.M. EST

# Delivered



### Delivered On
## Thursday
## 03/12/2020
### Delivery Time
## at 11:28 A.M.

Send Updates

**Delivered To**
HELSINKI, FI

**Left At:** Mail Room
**Received By:** KOLI

Proof of Delivery

We care about the security of your package. Log in () to get more details about your delivery.

Ask UPS

## Shipment Progress

| Overview | Detailed View |
|---|---|

|  | | Date | Location | Activity |
|---|---|---|---|---|
| ✓ | **Delivered** | **03/12/2020 11:28 A.M.** | **HELSINKI, FI** | **DELIVERED** <br> **Proof of Delivery** |
|  |  | 03/12/2020  3:08 A.M. | Helsinki, Finland | Import Scan |
|  |  | 03/11/2020  9:27 P.M. | Helsinki, Finland | The receiver has moved. We're attempting to obtain a new delivery address for this receiver. / Delivery will be rescheduled. |
|  |  | 03/11/2020  7:50 P.M. | Helsinki, Finland | The receiver has moved. We will deliver the package to the receiver's new address. |
|  |  | 03/11/2020  11:58 A.M. | Helsinki, Finland | The receiver has moved. We're attempting to obtain a new delivery address for this receiver. |
| ✓ | Out for Delivery | 03/11/2020  9:36 A.M. | Helsinki, Finland | Out For Delivery |
|  |  | 03/11/2020  9:36 A.M. | Helsinki, Finland | Import Scan |
|  |  | 03/11/2020  7:46 A.M. | Vantaa, Finland | Arrival Scan |
|  |  | 03/11/2020  5:21 A.M. | Malmo Sturup, Sweden | Departure Scan |

**Ask UPS**

| Date | Location | Activity |
|---|---|---|
| 03/11/2020  6:18 A.M. | - | Your package was released by the customs agency. |
| 03/11/2020  4:39 A.M. | Malmo Sturup, Sweden | Arrival Scan |
| 03/11/2020  4:05 A.M. | Koeln, Germany | Departure Scan |
| 03/10/2020  5:34 P.M. | Koeln, Germany | Arrival Scan |
| 03/10/2020  5:24 A.M. | Louisville, KY, United States | Departure Scan |
| 03/10/2020  12:58 A.M. | Louisville, KY, United States | Export Scan |
| 03/10/2020  12:01 A.M. | Louisville, KY, United States | Arrival Scan |
| 03/09/2020  9:31 P.M. | Kansas City, MO, United States | Departure Scan |
| 03/10/2020  3:18 A.M. | - | Your package is being processed at the clearance agency. |
| 03/09/2020  7:48 P.M. | Lenexa, KS, United States | Origin Scan |
| Shipped  03/09/2020  5:50 P.M. | Lenexa, KS, United States | Drop-Off |
| Label Created  03/09/2020  4:49 P.M. | United States | Order Processed: Ready for UPS |

## Shipment Details

**Service**

**Ask UPS**

UPS Worldwide Express®   (https://www.ups.com/content/us/en/shipping/time/service/express.html) with UPS Carbon Neutral

**Weight**

0.50 LBS

**Shipped / Billed On**

03/09/2020

**Shipment Category**

Package

Show Less   —

Track

Help

Track

Copyright ©1994- 2020 United Parcel Service of America, Inc. All rights reserved.

Ask UPS