# EXHIBIT E

# Jon Rastegar

| | |
|---|---|
| **From:** | McCabe, William J. (Perkins Coie) <WMcCabe@perkinscoie.com> |
| **Sent:** | Tuesday, May 5, 2020 8:40 AM |
| **To:** | Jon Rastegar |
| **Cc:** | Jeffrey Bragalone |
| **Subject:** | RE: HMD Global Oy - Waiver of Service Request |

Jon:
I haven't received instructions from HMD on this.
Regards,
Bill

**William McCabe | Perkins Coie LLP**
PARTNER
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
D. +1.212.261.6829
F. +1.212.977.1639
E. WMcCabe@perkinscoie.com

Follow our New York office on **Facebook**

**Visit our Covid-19 resource page: www.perkinscoie.com/coronavirus**

---

**From:** Jon Rastegar <jrastegar@bcpc-law.com>
**Sent:** Monday, May 4, 2020 6:35 PM
**To:** McCabe, William J. (NYC) <WMcCabe@perkinscoie.com>
**Cc:** Jeffrey Bragalone <jbragalone@bcpc-law.com>; Jon Rastegar <jrastegar@bcpc-law.com>
**Subject:** RE: HMD Global Oy - Waiver of Service Request

Bill,

Following up again to see if you have heard from your client regarding the waiver of service?

Regards,
Jon

---

**From:** Jon Rastegar
**Sent:** Thursday, April 30, 2020 9:17 PM
**To:** 'McCabe, William J. (Perkins Coie)' <WMcCabe@perkinscoie.com>
**Cc:** Jeffrey Bragalone <jbragalone@bcpc-law.com>; Jon Rastegar <jrastegar@bcpc-law.com>
**Subject:** RE: HMD Global Oy - Waiver of Service Request

Bill,

Following up on this, do you have an update regarding the proposed waiver of service?

Regards,
Jon

---

**From:** McCabe, William J. (Perkins Coie) <WMcCabe@perkinscoie.com>
**Sent:** Thursday, April 23, 2020 4:28 PM

**To:** Jon Rastegar <jrastegar@bcpc-law.com>
**Cc:** Jeffrey Bragalone <jbragalone@bcpc-law.com>
**Subject:** RE: HMD Global Oy - Waiver of Service Request

Thanks.  I was able to download the files.

**William McCabe | Perkins Coie LLP**
PARTNER
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
D. +1.212.261.6829
F. +1.212.977.1639
E. WMcCabe@perkinscoie.com

Follow our New York office on **Facebook**

**Visit our Covid-19 resource page: www.perkinscoie.com/coronavirus**

**From:** Jon Rastegar <jrastegar@bcpc-law.com>
**Sent:** Thursday, April 23, 2020 5:04 PM
**To:** McCabe, William J. (NYC) <WMcCabe@perkinscoie.com>
**Cc:** Jeffrey Bragalone <jbragalone@bcpc-law.com>; Jon Rastegar <jrastegar@bcpc-law.com>
**Subject:** RE: HMD Global Oy - Waiver of Service Request

Bill,

I've never been able to figure out our FTP setup, but I sent you an invite to a Dropbox with the unzipped files. Let me know if you do not receive it.

And thank you for the kind wishes, so far we have all be fortunate, hopefully the same is true for you.

Regards,
Jon

**From:** McCabe, William J. (Perkins Coie) <WMcCabe@perkinscoie.com>
**Sent:** Thursday, April 23, 2020 3:30 PM
**To:** Jon Rastegar <jrastegar@bcpc-law.com>
**Cc:** Jeffrey Bragalone <jbragalone@bcpc-law.com>
**Subject:** RE: HMD Global Oy - Waiver of Service Request

Jon:
Thanks for reaching out.  I'll pass it along to HMD.  I'm having some trouble opening the zip files. Can you re-send via FTP site?
I hope that you are doing well in this pandemic.
Bill

**William McCabe | Perkins Coie LLP**
PARTNER
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
D. +1.212.261.6829
F. +1.212.977.1639
E. WMcCabe@perkinscoie.com

Follow our New York office on **Facebook**

**Visit our Covid-19 resource page: www.perkinscoie.com/coronavirus**

**From:** Jon Rastegar <jrastegar@bcpc-law.com>
**Sent:** Thursday, April 23, 2020 3:35 PM
**To:** McCabe, William J. (NYC) <WMcCabe@perkinscoie.com>
**Cc:** Jon Rastegar <jrastegar@bcpc-law.com>; Jeffrey Bragalone <jbragalone@bcpc-law.com>
**Subject:** HMD Global Oy - Waiver of Service Request

Bill,

I'm reaching out to you based on your prior representation of HMD Global Oy in *Monument Peak Ventures, LLC v. HMD Global OY*, Civil Action No. 2:18-cv-00521, Eastern District of Texas. I represent two separate parties that have filed suit against HMD Global Oy in the Eastern District of Texas:

> *Tactus Technologies LLC v. HMD Global Oy*, Civil Action No. 2:20-cv-00040;
> *Cellular Communications Equipment LLC v. HMD Global Oy*, Civil Action No. 2:20-cv-00078

While a process server delivered the necessary documents to the Central Authority in Finland shortly after each of these cases were filed, the Covid-19 pandemic has introduced significant and unpredictable delays. Given your prior representation, please let us know if you will accept service on behalf of HMD Global Oy. I have attached draft waiver of service forms for both of the matters. We are open to working with you on the dates, but if we have not heard from you by April 30, we intend to move the Court to allow service via alternate means in both of these matters.

Regards,
Jon



**BRAGALONE CONROY** PC
**Jonathan H. Rastegar**

2200 Ross Ave., Suite 4500W
Chase Tower
Dallas, TX  75201-7924
Main:   214-785-6670
Direct:  214-785-6688
Web:   www.bcpc-law.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.