# EXHIBIT H





Back to Media



25.1.2019

# HMD Global partners with three leading wireless providers to offer latest Nokia phones to North American consumers

**The new wireless provider relationships support HMD Global's long-term growth**

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree

Cricket Wireless and Verizon in the United States and Rogers Communications, Inc. in Canada. This is the next step in the company's journey to offer great quality experiences to consumers across accessible price points and to work with best-in-class players in the industry for supreme purchase flexibility.

HMD Global is proud to continue to deliver on its reliability and durability promise through purposeful, distinct design with best-in-class materials and craftsmanship across the portfolio. Furthering this and providing greater options for consumers, it is also expanding its award-winning selection of Nokia smartphones on Android™ with the launch of two wireless provider-specific devices coming to the United States this month and another coming to Rogers subsidiary brand, chatr, in Canada very soon.

Nokia 3.1 Plus is the inaugural Nokia phone on Cricket's 4G LTE network that covers more than 99% of Americans, based on overall coverage in the U.S.[1] and Nokia 2 V is the first Nokia phone on Verizon. Nokia 3.1 Plus gives fans two-day battery life , an ergonomically placed fingerprint sensor and NFC-enable Google Pay at an exceptional value. Nokia 2 V provides a beautiful, Nordic design with metallic accents and delivers long-lasting entertainment with a 5.5-inch HD display, dual front-facing stereo speakers and a two-day battery life[2]. Each new device offers the durable and reliable craftsmanship that consumers expect from a Nokia phone.

Florian Seiche, Chief Executive Officer, HMD Global, said:

> "We are extremely excited and committed to build long-term strategic partnerships with the leading carriers in North America. Our Nokia phone promise is distinct and built on consumer insight – European design and craftsmanship, excellent quality, latest Android and purposeful innovation that enhances your everyday user experience. We want consumers in North America to love and trust their Nokia phones."

Maurizio Angelone, Vice President Americas, HMD Global, said:

> "Just over two years ago, on a global level, we committed to delivering reliable and durable Nokia phones through purposeful, distinct design. Since then, we have reintroduced iconic devices and a range of Nokia smartphones on Android, plus established imaging, software and

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree

*"In 2019 and beyond, we will continue to give consumers a versatile line up of Nokia phones they can use unlocked or with their preferred wireless providers. Our approach to operator relationships is not transactional — our users will see more devices at different price points launching with our prepaid and post-paid wireless prover partners and on the open market."*

**Best in-class industry partners**

HMD Global has assembled an ecosystem of strong partnerships in imaging (with ZEISS Optics), software (offering a first-rate Android experience) and manufacturing. The result has been overwhelming consumer response to Nokia phones sold through Amazon, Best Buy, B&H and other partners. However, building devices for all types of consumers doesn't stop at manufacturing, it is of utmost importance to bring wireless provider flexibility to our fans across the United States and Canada. A natural next step in HMD Global's journey is to work with leading industry wireless providers.

Tiffany Baehman, Vice President & Chief Marketing Officer, Cricket Wireless, said:

*"We are excited to be the carrier of choice for the inaugural launch of Nokia phones in North America. The Nokia 3.1 Plus allows us to continue our commitment of offering consumers affordable wireless service matched with innovative, value-priced smartphones."*

> **"The Nokia 3.1 Plus allows us to continue our commitment of offering consumers affordable wireless service matched with innovative, value-priced smartphones."**

Brian Higgins, Vice President, Device and Consumer Product Marketing, Verizon,

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more      Agree

Global. With the launch of the Nokia 2 V, we can offer prepaid customers a feature-packed smartphone with tremendous battery life at an affordable price."

Introducing two wireless provider-operated Nokia Android smartphones and expansion of the portfolio:

**Nokia 3.1 Plus: The perfect harmony of materials and performance**

Nokia 3.1 Plus delivers great viewing experiences in its category thanks to its 5.99-inch HD+ display and 18:9 aspect ratio, squeezing in more of your favourite newsfeeds, apps and videos making it ideal for content streams and social media. With its 3500mAh battery[3] that lasts two days between charges[2], the Nokia 3.1 Plus can effortlessly get you through your Netflix binges without needing a top-up.

An ergonomically placed fingerprint sensor allows you to quickly unlock your phone and authenticate where applications allow. With NFC enabled, you can also securely and conveniently authorize payments using Google Pay.

Nokia 3.1 Plus delivers fast auto focus whether it's day or night thanks to the 13 MP Phase Detection Auto Focus main camera. The rear camera also includes a 5 MP sensor for rear depth sensing imaging to let you take professional studio style shots with selectable bokeh blur and allow you to adjust blur even after the image has been taken. On the front there is an 8 MP camera to make your selfies stand out. With its high quality dual camera photography and AI-accelerated experiences, the Nokia 3.1 Plus makes premium photography features available at an accessible price point.

The Qualcomm® Snapdragon™ 439 mobile platform is designed to support speedy downloads and uploads, stunning graphics and photos, and power-saving performance. The chipset also provides a boost during intensive tasks like watching videos to ensure a sustainable high performance and a consistently reliable experience.

Nokia 3.1 Plus joins the comprehensive line-up of Nokia smartphones in the Android family, delivering a high-quality experience and the best of Android available on Cricket Wireless. Nokia smartphones on Android offer great storage and battery life out of the box with no hidden processes and the latest Android innovations allow

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more                                                                                                                      Agree

The Nokia 3.1 Plus comes with 2 GB of RAM and 32 GB of storage[3] in Blue and it is available at Cricket Wireless retail stores and on CricketWireless.com for a suggested retail price of $159.99 from January 25, 2019.

**Nokia 2 V: The two-day battery life[2] smartphone gets even better**

Serving long-lasting entertainment needs for consumers who are always on the go, Nokia 2 V comes with a two-day battery life[2], a large 5.5-inch HD screen and dual front-facing stereo speakers. The Nokia 2 V's huge 4,000mAh battery3 allows for quick charging so you can get back up and running even more quickly than before. With its large HD display, you can enjoy high-definition videos on the go while the dual speakers with bespoke 3D formed stainless steel detail gives you an amazing stereo sound.

Offering the quality and style you expect from a Nokia phone; Nokia 2 V's Nordic design and metallic accents guarantee that you will stand out from the crowd. Its sleek, rounded and ergonomically designed, inherently coloured polycarbonate back keeps your phone safe, vibrant and robust against scratches. The upgraded Qualcomm® Snapdragon™ 425, 64-bit Mobile Platform gives fans the 50% faster and smoother performance they asked for with fast switching between apps. You can capture the action wherever you are with the Nokia 2 V's 5 MP front-facing and 8 MP rear camera with auto focus.

Also a member of the Android family, Nokia 2 V will come with 8 GB of storage[4], with support for MicroSD cards up to 128 GB in Blue/Silver.

**Availability**

Nokia 3.1 Plus will be available in Cricket Wireless stores and on CricketWireless.com from January 25, 2019 for a suggested retail price of $159.99. The Nokia 2 V will be available in Verizon stores and on VerizonWireless.com starting January 31.

[1] Based on overall coverage in the U.S. Download speeds max of 8 Mbps (LTE)/4Mbps (4G) on most plans. Compatible device req'd. 4G LTE coverage is not equivalent to overall network coverage.

[2] Based on a real-life usage test by HMD Global. See more info at www.nokia.com/nokia3plus.

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree

[4] Pre-installed system software and apps use a significant part of memory space.

For further information, please contact: hmd@havasformula.com

## About HMD Global

Headquartered in Espoo, Finland, HMD Global Oy is the home of Nokia phones. HMD designs and markets a range of smartphones and feature phones targeted at a range of consumers and price points. With a commitment to innovation and quality, HMD is the proud exclusive licensee of the Nokia brand for phones and tablets. For further information, see www.hmdglobal.com.

Nokia is a registered trademark of Nokia Corporation. Android, Google and other related marks are trademarks of Google LLC. Qualcomm and Snapdragon are trademarks of Qualcomm Incorporated, registered in the United States and other countries.

## About Cricket Wireless

Cricket brings more value with a simple, smarter, friendly wireless experience on our reliable nationwide 4G LTE network that covers more than 99% of Americans. Our easy-to-understand and affordable service plans include monthly taxes and don't require an annual contract. And our top-brand phones at affordable prices give our customers something to smile about. Visit cricketwireless.com to learn more or find a store near you. Stay up-to-date with the Cricket Newsroom, and connect with us on Facebook and Twitter.

Cricket is a subsidiary of AT&T Inc. Coverage not available everywhere. Cricket and the Cricket logo are trademarks under license to Cricket Wireless LLC.

## About Verizon

Verizon Communications Inc. (NYSE, Nasdaq: VZ) is headquartered in New York City. The company operates America's most reliable wireless network and the nation's premier all-fiber network, and delivers integrated solutions to businesses worldwide. With brands like Yahoo, TechCrunch and HuffPost, the company's media group helps consumers stay informed and entertained, communicate and transact, while creating new ways for advertisers and partners to connect. Verizon's corporate responsibility

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree

## Our locations

Our team is based around the world across over 50 locations with our headquarters in Espoo, Finland.

**Espoo**
Bertel Jungin aukio 9
02600 Espoo
Finland

**London**
Level 4
4 Kingdom Street
Paddington Central
London W2 6BD

**Shenzhen**
No.2, 2nd Donghuan Road,
Longhua Town,
Bao'an District, Shenzhen,
Guangdong,
China



© 2020 HMD Global All rights reserved.
Nokia is a registered trademark of Nokia Corporation.
HMD Global Oy is the exclusive licensee of the Nokia brand for phones & tablets.

**Nokia phones**

Android phones

Nokia phones support

Nokia phones community

Ethics

**Legal**

Privacy Policy

Terms of Use

UK compliance

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree

Speak up channel

**Language**

English

Suomi

简体中文

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree