# EXHIBIT I

6/22/2020 Nokia 3 V with massive screen and two-day battery life launches on Verizon – HMD Global – The home of Nokia Phones

Case 2:20-cv-00040-JRG-RSP Document 11-11 Filed 06/24/20 Page 2 of 6 PageID #: 133



Back to Media



20.8.2019

# Nokia 3 V's massive screen and two-day battery life makes affordability exciting, launching now on Verizon

**Bringing the Google Assistant button, biometric face unlock and the latest Android 9 Pie two-year configuration**

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree

6/22/2020 Nokia 3 V with massive screen and two-day battery life launches 06/24/20 – HMD Global – The home of Nokia Phones

Case 2:20-cv-00040-JRG-RSP Document 11-11 Filed 06/24/20 Page 3 of 6 PageID #: 134

starting August 23, 2019. Nokia 3 V combines an impressively sized HD+ display for the price with HMD Global's signature two-day battery life and is powered by the latest Android 9 Pie experience.

**Maurizio Angelone, Vice President Americas, HMD Global, said:**

"Building upon the launch of the Nokia 2 V on Verizon Prepaid in January, we are so excited to now offer the Nokia 3 V as HMD Global's first post-paid device on the network. This is the next step in HMD Global's journey to deliver United States consumers a versatile line up of Nokia phones both unlocked, and on their preferred wireless provider."

"At HMD Global, we believe owning an affordable smartphone shouldn't mean missing out on exciting features, the latest mobile innovations and regular updates. With Nokia 3 V, consumers will receive a year and a half of monthly security patches and two OS upgrade guaranteed, so that the smartphone with just keep getting better with time. We also know how important a great display, two-day battery life and biometric face unlock is for many Verizon customers, so we made sure we delivered on these qualities for Nokia 3 V."

**Industry-leading display, better performance and two-day battery**

Taking a holistic view of battery life, Nokia 3 V combines a larger battery than many premium smartphones with efficient hardware and software ingenuity. To squeeze every last drop out of the huge battery, the Adaptive Battery feature introduced in Android 9 Pie manages background applications using AI, learning from user behaviour to know when to throttle or increase power to specific apps or processes. It even has enough power to go two days with an expansive screen. Nokia 3 V features an impressive 6.26" HD+ display so you'll never struggle and strain to see more of your favourite movies, TV shows and streams.

Powered by the Qualcomm® Snapdragon™ 429 mobile platform and available with up to 2/16GB memory configuration, the Nokia 3 V will get through tasks with ease and it is also among the first Nokia smartphones to include a notification light – the power button comes to life to alert you of notifications so you know when to unlock your phone and check your apps.

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree

6/22/2020 Nokia 3 V with massive screen and two-day battery life launches 06/24/20 — HMD Global — The home of Nokia Phones

Case 2:20-cv-00040-JRG-RSP   Document 11-11   Filed 06/24/20   Page 4 of 6 PageID #: 135

than ever before. You can double press to receive a visual overview of your day from the Assistant with intelligent suggestions and personalised information, including transport info, bills that need paying and what you have in your calendar to make sure you never miss a meeting again. By long pressing the button, you will activate a walkie-talkie mode, which lets the Google Assistant listen to you until you release it for long sentence queries.

Many of the premium features on Nokia 3 V are powered by AI, including face unlock to give you a quick, handsfree way to unlock your smartphone or exclusive Google Assistant actions to open apps quicker, including launching the camera app. The Nokia 3 V also lets you access your Google Assistant without unlocking your phone, after opting-in through your settings, you'll be able to perform basic tasks like setting a timer, scheduling reminders, playing music or asking it questions.

**The best of Android, now available on Verizon**

The Nokia 3 V joins the comprehensive line-up of Nokia smartphones in the Android family, delivering a high-quality experience and the best of Android available on Verizon. The device comes with a year and a half of monthly security patches and two OS upgrades guaranteed. These software updates ensure your experience gets better with new features and capabilities over time. In addition, Nokia smartphones on Android offer great storage and battery life with no hidden processes and the latest Android innovations to allow users to stay ahead of the game.

The Nokia 3 V launches with Android 9 Pie out of the box. Android 9 Pie includes AI-powered features to make your device smarter, faster and adapt to your behaviour as you use it, so your smartphone experience gets better with time. The Adaptive Battery feature limits battery usage from apps you don't use often, and App Actions predicts what you're about to do so you can get to your next action quickly. These features further streamline your device's functionality and your overall Android experience.

Nokia 3 V comes with easy access to helpful innovative services including Google Photos* with free unlimited high-quality photo storage. The Nokia 3 V is also great for professionals, as it is validated by the Android Enterprise Recommended program and comes with a fingerprint sensor at the back of the device for secure access.

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree

Case 2:20-cv-00040-JRG-RSP Document 11-11 Filed 06/24/20 Page 5 of 6 PageID #: 136

VerizonWireless.com for $7 a month for 24 months on Verizon device payment (0% APR, $168 retail).

For further information, please contact the HMD Press Office:
hmd@havasformula.com

## About HMD Global

Headquartered in Espoo, Finland, HMD Global Oy is the home of Nokia phones. HMD designs and markets a range of smartphones and feature phones targeted at a range of consumers and price points. With a commitment to innovation and quality, HMD is the proud exclusive licensee of the Nokia brand for phones and tablets. For further information, see www.hmdglobal.com. Nokia is a registered trademark of Nokia Corporation. Android is a trademark of Google LLC. Qualcomm™ Snapdragon® is a product of Qualcomm™ Technologies, Inc. and/or its subsidiaries.

* Free storage at high quality, requires Google account and internet connection.

## Our locations

Our team is based around the world across over 50 locations with our headquarters in Espoo, Finland.

**Espoo**
Bertel Jungin aukio 9
02600 Espoo
Finland

**London**
Level 4
4 Kingdom Street
Paddington Central
London W2 6BD

**Shenzhen**
No.2, 2nd Donghuan Road,
Longhua Town,
Bao'an District, Shenzhen,

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more    Agree



© 2020 HMD Global All rights reserved.
Nokia is a registered trademark of Nokia Corporation.
HMD Global Oy is the exclusive licensee of the Nokia brand for phones & tablets.

**Nokia phones**

Android phones

Nokia phones support

Nokia phones community

**Legal**

Privacy Policy

Terms of Use

**Ethics**

Code of Conduct

Supplier Code of Conduct

Speak up channel

**UK compliance**

UK Modern Slavery Act Statement

Tax strategy (UK)

**Language**

English

Suomi

简体中文

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree