# EXHIBIT J

6/22/2020 HMD Global Announces Strategic Carrier Agreement with AT&T Prepaid Portfolio — HMD Global, The Home of Nokia Phones

Case 2:20-cv-00040-JRG-RSP Document 11-12 Filed 06/24/20 Page 2 of 7 PageID #: 139




Back to Media



7.6.2019

# HMD Global Announces Strategic Carrier Agreement with AT&T Prepaid Portfolio

**HMD Global expands Nokia smartphone portfolio in the US with Nokia 3.1 A on AT&T PREPAID and Nokia 3.1 C on Cricket Wireless**

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree

6/22/2020 HMD Global Announces Strategic Carrier Agreement with AT&T Prepaid Portfolio — HMD Global - The Home of Nokia Phones

Case 2:20-cv-00040-JRG-RSP Document 11-12 Filed 06/24/20 Page 3 of 7 PageID #: 140

the next phase in the company's expansion in the North American market. In addition, the Nokia phones portfolio at Cricket Wireless got a new addition with Nokia 3.1 C.

**Maurizio Angelone, Vice President Americas, HMD Global, said:**

> Our commitment to consumer choice, durability and reliability has proven to be the springboard we knew it would be, giving us the tools to succeed in this important segment of the North American market. We are excited to further expand our foothold in the United States by joining forces with the AT&T Prepaid Portfolio and delivering two new carrier-supported devices hot on the heels of multiple operator agreements and device announcements in the first quarter of 2019. This is key to providing North American consumers the freedom to choose the best Nokia phone for their needs with options on multiple carriers and at multiple price points.

**The best of Android, now available on AT&T PREPAID and Cricket Wireless**

Nokia 3.1 A and Nokia 3.1 C come with the latest Android 9 Pie out of the box, delivering a high-quality experience and the best of Android available on AT&T PREPAID and Cricket Wireless. With integrated Google Assistant[1], you can get help with directions, make calls and get the latest news using only your voice. It also learns how you use your phone so the more you use it, the more useful it becomes.

Powered by the Qualcomm® Snapdragon™ 429 Mobile Platform, quad-core performance is united with Google's AI power-saving technology, including Adaptive Brightness and Adaptive Battery. These technologies learn how you like to use your phone to reduce battery drain from unused apps and services, ultimately delivering long-lasting, two-day battery life[2].

**Nokia quality at an incredible value**

Nokia 3.1 A and Nokia 3.1 C feature a responsive 8 MP auto focus rear camera with LED flash that allows for incredible detail. For unique content, Motion Photos bring your pictures to life by capturing a short video clip the moment before you press the shutter button. With up to 32 GB[3] of onboard storage and Google Photos' unlimited high-quality storage space[4] for your photos and videos, there's no need to worry about storing your photos, apps and other content.

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more      Agree

6/22/2020 HMD Global Announces Strategic Carrier Agreement with AT&T Prepaid Portfolio — HMD Global | The Home of Nokia Phones

Case 2:20-cv-00040-JRG-RSP Document 11-12 Filed 06/24/20 Page 4 of 7 PageID #: 141

providing a sophisticated look and flawless finish that does not discolour if nicked or scratched.

Nokia 3.1 A and Nokia 3.1 C have a 5.45" IPS 18:9 full screen display that delivers better viewing quality for browsing the web, streaming your favourite shows via DirecTV Now and gaming experiences. It also offers impressive contrast and clarity wherever you go – whether it be indoors or outdoors, in the day-time or at night.

**Availability**

Nokia 3.1 A will be available in Black at select Walmart stores on June 10, 2019. Nokia 3.1 C is available in Cricket Wireless stores and on CricketWireless.com in White beginning June 14, 2019. Pricing will be made available the day of launch through respective retailers.

For further information, please contact: HMD Press Office: md@havasformula.com
hmd@havasformula.com

**About HMD Global**

Headquartered in Espoo, Finland, HMD Global Oy is the home of Nokia phones. HMD designs and markets a range of smartphones and feature phones targeted at a range of consumers and price points. With a commitment to innovation and quality, HMD is the proud exclusive licensee of the Nokia brand for phones and tablets. For further information, see www.hmdglobal.com.

Nokia is a registered trademark of Nokia Corporation. Android, Google and other related marks are trademarks of Google LLC. Qualcomm and Snapdragon are trademarks of Qualcomm Incorporated, registered in the United States and other countries.

**About AT&T Communications**

We help family, friends and neighbors connect in meaningful ways every day. From the first phone call 140+ years ago to mobile video streaming, we innovate to improve lives. We have the nation's fastest wireless network.** And according to America's biggest test, we have the nation's best wireless network.*** We're building FirstNet just for first responders and creating next-generation mobile 5G. With DIRECTV, DIRECTV NOW and WatchTV, we deliver entertainment people love to talk

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more      Agree

AT&T Communications is part of AT&T Inc. (NYSE:T). Learn more at att.com/CommunicationsNews.

AT&T products and services are provided or offered by subsidiaries and affiliates of AT&T Inc. under the AT&T brand and not by AT&T Inc. Additional information about AT&T products and services is available at about.att.com. Follow our news on Twitter at @ATT, on Facebook at facebook.com/att and on YouTube at youtube.com/att.

© 2019 AT&T Intellectual Property. All rights reserved. AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

** Based on analysis by Ookla® of Speedtest Intelligence® data average download speeds for Q1 2019.

*** According to America's biggest test as announced by Global Wireless Solutions last fall.

**About Cricket Wireless**

Cricket brings more value with a simple, smarter, friendly wireless experience on our reliable nationwide 4G LTE network that covers more than 99% of Americans. Our easy-to-understand and affordable service plans include monthly taxes and don't require an annual contract. And our top-brand phones at affordable prices give our customers something to smile about. Visit cricketwireless.com to learn more or find a store near you. Stay up-to-date with the Cricket Newsroom, and connect with us on Facebook and Twitter.

Cricket is a subsidiary of AT&T Inc. Coverage not available everywhere. Cricket and the Cricket logo are trademarks under license to Cricket Wireless LLC.

¹The Google Assistant is available in selected languages only. Check availability at https://support.google.com/assistant.

²Based on a real-life usage test by HMD Global. See more information at https://www.nokia.com/phones/en_us/nokia-3-a and

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more    Agree

6/22/2020 HMD Global Announces Strategic Carrier Agreement with AT&T Prepaid Portfolio — HMD Global, The home of Nokia Phones

Case 2:20-cv-00040-JRG-RSP Document 11-12 Filed 06/24/20 Page 6 of 7 PageID #: 143

## Our locations

Our team is based around the world across over 50 locations with our headquarters in Espoo, Finland.

**Espoo**
Bertel Jungin aukio 9
02600 Espoo
Finland

**London**
Level 4
4 Kingdom Street
Paddington Central
London W2 6BD

**Shenzhen**
No.2, 2nd Donghuan Road,
Longhua Town,
Bao'an District, Shenzhen,
Guangdong,
China



© 2020 HMD Global All rights reserved.
Nokia is a registered trademark of Nokia Corporation.
HMD Global Oy is the exclusive licensee of the Nokia brand for phones & tablets.

**Nokia phones**

Android phones

**Legal**

Privacy Policy

Terms of Use

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree

6/22/2020 HMD Global Announces Strategic Carrier Agreement with AT&T Prepaid Portfolio — HMD Global, The Home of Nokia Phones

Case 2:20-cv-00040-JRG-RSP Document 11-12 Filed 06/24/20 Page 7 of 7 PageID #: 144

Code of Conduct

Supplier Code of Conduct

Speak up channel

UK Modern Slavery Act Statement

Tax strategy (UK)

**Language**

English

Suomi

简体中文

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree