# EXHIBIT K





# Jean-Francois Baril

**Executive Chairman of HMD Global**

Jean-Francois Baril is Founder and Director of HMD Global since 2016 when the company was established to create a new generation of Nokia-branded devices. Between 2012 and 2016 he founded and led consultancy Connecting Partners SA, venture capital firm Ginko Ventures and Smart Connect, a venture capital fund that targeted the Telecoms sector.

After studying mechanical engineering at École Nationale Supérieure d'arts et Métiers in Paris and Stanford University in California, Jean-Francois began his career as a Research Engineer in 1981 in his native France. He then spent two years as Operations Manager for oilfield services giant Schlumberger moving on to lead the Supply Chain for the PC Division at Hewlett-Packard from 1984 until 1994.

Jean-Francois became Procurement Director at Compaq in 1994 where he worked under the direct leadership of Apple CEO Tim Cook, before being hired into Nokia Corporation in 1999 as Senior Vice

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more                                                                                                     Agree

## Our locations

Our team is based around the world across over 50 locations with our headquarters in Espoo, Finland.

**Espoo**
Bertel Jungin aukio 9
02600 Espoo
Finland

**London**
Level 4
4 Kingdom Street
Paddington Central
London W2 6BD

**Shenzhen**
No.2, 2nd Donghuan Road,
Longhua Town,
Bao'an District, Shenzhen,
Guangdong,
China



© 2020 HMD Global All rights reserved.
Nokia is a registered trademark of Nokia Corporation.
HMD Global Oy is the exclusive licensee of the Nokia brand for phones & tablets.

**Nokia phones**              **Legal**

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more                                   Agree

**Ethics**

Code of Conduct

Supplier Code of Conduct

Speak up channel

**UK compliance**

UK Modern Slavery Act Statement

Tax strategy (UK)

**Language**

English

Suomi

简体中文

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree