# EXHIBIT N

 Search      | Free Trial: Job Search Smarter



Connect    Message

**Rex Fryhover** · 2nd                             HMD Global
Head of Operations, Americas at HMD Global         University of North T
Miami, Florida · 500+ connections · Contact info

## Highlights

 **1 mutual connection**
You and Rex both know Ashley Bennett Jones, JD

## About

GLOBAL OPERATIONS and SUPPLY CHAIN EXECUTIVE
Strategic senior professional with entrepreneurial-spirit and progressive experience transforming corporate visio
revenue generating programs that drive sales, cost reduction and add value at the same time. 23 years of       … s

## Activity
1,228 followers

 **HMD driving fresh perspective and paradigm changes in Brazil!..**
Rex shared this
7 Reactions

 **Congrats Poonam. Well deserve**
Rex commented

 Search     8  Free Trial: Job Search Smarter

Rex shared this
131 Reactions • 14 Comments

## Experience



**Head of Operations, Americas Region**
HMD Global · Full-time
Feb 2017 – Present · 3 yrs 5 mos
Miami, Florida, United States

HMD is the proud new home of Nokia Phones!

• Successfully orchestrating the Nokia devices brand                         continually driving improvements of a sustainable b                         countries/markets from startup to a $250M+ annua
• Ownership for Americas strategy development, ex                                                                   ons delivered, driving key partner readiness to enable co                         d value chain profitability. Successful market activatio                                                          a, USA and now Brazil.
• Responsible for new Services business category de                                                   er financing and alternative connectivity services. Acco                                                    re device sales.
• Leadership of regional distributor account manage                         profitability, in-country business target performance                                                                es support.
• Lead Latin America retail marketing E2E Go-To-Ma                                                    rs, training and merchandizing readiness. Retail budge                                                   ugh weekly performance management of point of sale execution, consumer messaging and device sell-out.

see less



**Microsoft**
2 yrs 6 mos

**Customer Logistics Channel Director | North America**
May 2016 – Feb 2017 · 10 mos
Redmond, Washington, United States

Direct Supply Chain Management of $5 billion dollar net sales business, the largest Microsoft retail market globally, for the worldwide leader in software, services, devices and solutions that help people and businesses realize their full potential and achieve more. Worked directly with key retailer partners: Amazon, Best Buy, Target, etc.. in d                                                                                           mor

 Search      Free Trial: Job Search Smarter

Key management team lead appointed to Microsoft ...ing Microsoft acquisition of Nokia Mobile phones busin... Led Latin America Nokia to Microsoft integration in ... logistics execution, business process outsourcing, o... mor



**Customer Logistics, Supply Chain Director, I...ona Office**
Nokia
1997 – Aug 2014 · 17 yrs
Dubai, UAE

Progressively promoted to ultimately manage the la... thin the global enterprise, spanning 40+ countries. Deve... ly chain segmentation methodology strategy for Midd... a global leader in technologies that combines global l... mor

## Education



**University of North Texas**
Business Admin, Logistics and Marketing
1995 – 1999
Activities and Societies: • Co-Founder & Chairman t... ent Association. • Scholarship recipient, Texas Logistics ... management member. • Lambda Chi Fraternity.

Magna Cum Laude: BBA double major in Logistics a...

## Volunteer Experience

**Chapter Development**
Couple of Guys and Gals Give Back, Seattle Chapter
2016 – Present • 4 yrs
Social Services

**Volunteer**
Specialvillage.com, a Non-Profit Startup
2014 – 2015 • 1 yr



