# EXHIBIT P

Search

26

Try Premium Free for 1 Month

Set alert for similar jobs

# E Commerce Lead - US

**HMD Global** • Miami, Florida

No longer accepting applications

This is a very exciting opportunity to play a key role in the development of our business in the US, in a role that will assume responsibility for the design, delivery and on-going management of our US E Commerce capability. This will include:

**Seniority Level**
Mid-Senior level

**Industry**
Telecommunications ,

See more

Get ahead with Premium Caree

Contact recruiters directly

See who's viewing your profile

Stand out as a featured applica

Try Free for 1 Month

Looking for talent? Post a job

HMD Global
Telecommunications • 38,254 followers

+ Follow

## About us

We believe the world is ready for something new in mobile technology and we are in the process of further developing an innovative, personal, compelling user experience. As the home of Nokia phones we are committed to writing and forging the next chapter for this iconic brand. To do that, we've joined forces with visionary industry leaders such as ZEISS, Qualcomm and Google so we can share our ingenuity, experience and expertise to find innovative, new ways to connect. We have an amazing heritage to call on as we work on developing a future that stretches beyond our current horizons. To find out more about us visit us here - www.hmdglobal.com

Learn more

LinkedIn

About
Community Guidelines
Privacy & Terms
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Select Language
English (English)

LinkedIn Corporation © 2020

