# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TACTUS TECHNOLOGIES LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:20-CV-00040 |
| v. | § | |
| | § | |
| HMD GLOBAL OY, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER HOLDING HMD GLOBAL OY'S MOTION TO DISMISS IN ABEYANCE PENDING DISCOVERY AND AUTHORIZING SERVICE BY ALTERNATE MEANS

The Court, having considered HMD Global Oy's Motion to Dismiss (Dkt. No. 6), GRANTS Tactus Technologies LLC's ("Tactus") request to conduct discovery into the relationship between HMB Global Oy and HMD American, Inc. The Court holds HMD Global Oy's motion in abeyance until the discovery is complete. The Court further GRANTS Tactus's request for authorization to effectuate service on US counsel for HMD.