## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **TACTUS TECHNOLOGIES, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 2:20-CV-00040** |
| **v.** | § | |
| | § | |
| **HMD GLOBAL OY,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |
| | § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters an appearance as counsel for, and on behalf of, Tactus Technologies, LLC and hereby requests, pursuant to the Federal Rules of Civil Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

> Jerry D. Tice II
> Texas Bar No. 24093263
> Bragalone Conroy PC
> 2200 Ross Avenue
> Suite 4500W
> Dallas, TX 75201
> Tel: (214) 785-6670
> Fax: (214) 785-6680
> jtice@bcpc-law.com

Dated: July 6, 2020

/s/ *Jerry D. Tice II*
Jonathan H. Rastegar
Texas Bar No. 24064043
T. William Kennedy Jr.
Texas Bar No. 24055771
Jerry D. Tice II
Texas Bar No. 24093263

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jrastegar@bcpc-law.com
bkennedy@bcpc-law.com
jtice@bcpc-law.com

Attorneys for Plaintiff
**TACTUS TECHNOLOGIES, LLC**