# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **OHVA, Inc.,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**Ace Merchant Processing, LLC,**<br><br>　　Defendant. | Case No. 4:20-cv-1244-KPE<br><br>Patent Case<br><br>Jury Trial Demanded |

### ORDER ON MOTION FOR
### SUBSTITUTE SERVICE

This matter is before the Court on Plaintiff OHVA, Inc.'s request for substitute service to Defendant Ace Merchant Processing LLC. Plaintiff asserts to the Court that the manner of service ordered herein will be reasonably effective to give Defendant notice of the lawsuit. Being so advised, the Court hereby finds that the request should be GRANTED. It is, therefore,

ORDERED that Plaintiff's motion for substitute service on Defendant be GRANTED.

SO ORDERED    April 14, 2020

_____
UNITED STATES DISTRICT COURT
Judge Keith P. Ellison