**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TACTUS TECHNOLOGIES, LLC,** § § | |
| Plaintiff, § § | |
| § | **CIVIL ACTION NO. 2:20-CV-00040** |
| v. § § | |
| **HMD GLOBAL OY,** § | **JURY TRIAL DEMANDED** |
| § | |
| Defendant. § § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters an appearance as counsel for, and on behalf of, Tactus Technologies, LLC and hereby requests, pursuant to the Federal Rules of Civil Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

> Patrick J. Conroy
> Texas Bar No. 24012448
> Bragalone Conroy PC
> 2200 Ross Avenue
> Suite 4500W
> Dallas, TX 75201
> Tel: (214) 785-6670
> Fax: (214) 785-6680
> pconroy@bcpc-law.com

|  |  |
|---|---|
| Dated: July 16, 2020 | Respectfully submitted,<br><br>/s/ *Patrick Conroy*<br>Jonathan H. Rastegar<br>Texas Bar No. 24064043<br>Patrick J. Conroy<br>Texas Bar No. 24012448<br>T. William Kennedy Jr.<br>Texas Bar No. 24055771<br>Jerry D. Tice II<br>Texas Bar No. 24093263<br><br>**BRAGALONE CONROY PC**<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670<br>Fax: (214) 785-6680<br>jrastegar@bcpc-law.com<br>pconroy@bcpc-law.com<br>bkennedy@bcpc-law.com<br>jtice@bcpc-law.com<br><br>Attorneys for Plaintiff<br>**TACTUS TECHNOLOGIES, LLC** |