**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TACTUS TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:20-CV-00040-JRG-RSP |
| | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| | § § | |
| HMD GLOBAL OY, | § § | |
| Defendant. | § § § | |

**JOINT (AGREED) MOTION FOR ENTRY OF DOCKET CONTROL ORDER**

Plaintiff Tactus Technologies, LLC and Defendant HMD Global Oy file this Joint Motion for Entry of Docket Control Order. Having agreed upon the terms included therein, the parties respectfully request the Court grant this Motion and enter the Proposed Docket Control Order, attached as Exhibit A.

<table>
<tr><td>Dated: August 3, 2020</td><td>Respectfully submitted,</td></tr>
<tr><td>

/s/ *Jerry D. Tice II*
Jonathan H. Rastegar (lead attorney)
Texas Bar No. 24064043
T. William Kennedy Jr.
Texas Bar No. 24055771
Jerry D. Tice II
Texas Bar No. 24093263

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jrastegar@bcpc-law.com
bkennedy@bcpc-law.com
jtice@bcc-law.com

Attorneys for Plaintiff
**TACTUS TECHNOLOGIES, LLC**

</td><td>

/s/ *Deron R. Dacus (with permission)*
Deron R. Dacus
State Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas, 75701
+1 (903) 705-1117
+1 (903) 581-2543 facsimile
ddacus@dacusfirm.com

Matthew S. Warren (California Bar No. 230565)
Jen Kash (California Bar No. 203679)
Erika Warren (California Bar No. 295570)
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-78@cases.warrenlex.com

*Attorneys for HMD Global Oy*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 3, 2020, the foregoing document was electronically filed in compliance with Local Rule CV-5(a) and was served on all counsel of record who have consented to electronic service, per Local Rule CV-5(a)(3).

/s/ *Jerry D. Tice II*
Jerry D. Tice II