**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TACTUS TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:20-CV-00040-JRG-RSP |
| | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| | § § | |
| HMD GLOBAL OY, | § § | |
| Defendant. | § § § | |

**JOINT (AGREED) MOTION FOR ENTRY OF DOCKET CONTROL ORDER**

Plaintiff Tactus Technologies, LLC and Defendant HMD Global Oy file this Joint Motion for Entry of Docket Control Order.  Having agreed upon the terms included therein, the parties respectfully request the Court grant this Motion and enter the Proposed Docket Control Order, attached as Exhibit A.

| | |
|---|---|
| Dated: August 3, 2020 | Respectfully submitted, |
| /s/ *Jerry D. Tice II* | /s/ *Deron R. Dacus (with permission)* |
| Jonathan H. Rastegar (lead attorney) | Deron R. Dacus |
| Texas Bar No. 24064043 | State Bar No. 00790553 |
| T. William Kennedy Jr. | **The Dacus Firm, P.C.** |
| Texas Bar No. 24055771 | 821 ESE Loop 323, Suite 430 |
| Jerry D. Tice II | Tyler, Texas, 75701 |
| Texas Bar No. 24093263 | +1 (903) 705-1117 |
| | +1 (903) 581-2543 facsimile |
| **BRAGALONE CONROY PC** | ddacus@dacusfirm.com |
| 2200 Ross Avenue | |
| Suite 4500W | Matthew S. Warren (California Bar No. 230565) |
| Dallas, TX 75201 | Jen Kash (California Bar No. 203679) |
| Tel: (214) 785-6670 | Erika Warren (California Bar No. 295570) |
| Fax: (214) 785-6680 | **Warren Lex LLP** |
| jrastegar@bcpc-law.com | 2261 Market Street, No. 606 |
| bkennedy@bcpc-law.com | San Francisco, California, 94114 |
| jtice@bcc-law.com | +1 (415) 895-2940 |
| | +1 (415) 895-2964 facsimile |
| Attorneys for Plaintiff | 20-78@cases.warrenlex.com |
| **TACTUS TECHNOLOGIES, LLC** | |
| | *Attorneys for HMD Global Oy* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 3, 2020, the foregoing document was electronically filed in compliance with Local Rule CV-5(a) and was served on all counsel of record who have consented to electronic service, per Local Rule CV-5(a)(3).

/s/ *Jerry D. Tice II*
Jerry D. Tice II