## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| TACTUS TECHNOLOGIES LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:20-CV-00040-JRG-RSP |
| v. | § | |
| | § | |
| HMD GLOBAL OY, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |
| | § | |

### PLAINTIFF'S NOTICE OF SERVICE OF INITIAL AND ADDITIONAL DISCLOSURES

Pursuant to Paragraph 7 of the Discovery Order (Dkt. No. 23), Plaintiff Tactus Technologies LLC notifies the Court that it complied with Paragraphs 1 and 3 of the Discovery Order on August 10, 2020.

Dated: August 11, 2020

Respectfully submitted,

By: /s/ *Jonathan H. Rastegar*
Jonathan H. Rastegar
Texas Bar No. 24064043
T. William Kennedy Jr.
Texas Bar No. 24055771
Jerry D. Tice II
Texas Bar No. 24093263
Hunter S. Palmer
Texas Bar No. 24080748

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jrastegar@bcpc-law.com
bkennedy@bcpc-law.com
jtice@bcpc-law.com

hpalmer@bcpc-law.com

Attorneys for Plaintiff
**TACTUS TECHNOLOGIES LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on August 11, 2020, the foregoing document was electronically filed in compliance with Local Rule CV-5(a) and was served on all counsel of record who have consented to electronic service, per Local Rule CV-5(a)(3).

By: _/s/ Jonathan H. Rastegar_
Jonathan H. Rastegar