**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TACTUS TECHNOLOGIES, LLC, | § | |
| | § | Case No.  2:20-cv-00040-JRG-RSP |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| HMD GLOBAL OY, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION TO WITHDRAW MOTION TO DISMISS
FOR INSUFFICIENT SERVICE AND FOR EXTENSION OF TIME TO RESPOND**

The Court **GRANTS** the Joint Motion to Withdraw Motion to Dismiss for Insufficient Process, Insufficient Service of Process, and Lack of Personal Jurisdiction (Docket No. 6) and For Extension of Time to Respond.  The Court therefore **ORDERS** as follows:

1.     The Motion to Dismiss for Insufficient Process, Insufficient Service of Process, and Lack of Personal Jurisdiction (Docket No. 6) is denied as moot.

2.     Defendant shall respond to Plaintiff's Complaint by September 21, 2020.