**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TACTUS TECHNOLOGIES, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:20-cv-00040-JRG-RSP |
| HMD GLOBAL OY, | § § § | |
| *Defendant*. | § § | |

**ORDER**

Before the Court is Plaintiff Tactus Technologies LLC's ("Tactus") and Defendant HMD Global Oy's ("HMD Global") (collectively, "Parties") Joint Motion to Withdraw Motion to Dismiss for Insufficient Service and for Extension of Time to Respond ("Motion"). **Dkt. No. 29**. Parties' Motion seeks to withdraw HMD Global's Motion to Dismiss for Insufficient Process, Insufficient Service of Process, and Lack of Personal Jurisdiction (**Dkt. No. 6**) ("Prior Motion").

The Parties stipulate and agree that (1) HMD Global withdraws the Prior Motion, (2) Tactus effected service of process on HMD Global via the Finnish central authority under the Hague Convention on August 10, 2020, (3) HMD Global shall respond to the Complaint on or before September 21, 2020, and (4) This stipulation shall not affect other deadlines in this action. After due consideration, the Court **GRANTS** the Motion. It is therefore **ORDERED** that the Prior Motion (**Dkt. No. 6**) is found **MOOT** and that HMD Global respond to the Complaint on or before September 21, 2020.

**SIGNED this 14th day of August, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE