# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TACTUS TECHNOLOGIES, LLC, § § Plaintiff, § § v. § § HMD GLOBAL OY, § § Defendant. § § § | Case No. 2:20-CV-00040-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Tactus Technologies LLC and Defendant HMD Global Oy (collectively, the "Parties") respectfully submit this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties respectfully inform the Court as follows:

The Parties have reached a settlement in principle of all matters in controversy, pending documentation, and request that the Court stay all deadlines for thirty (30) days.

Dated: September 2, 2020

Respectfully submitted,

/s/ Jonathan H. Rastegar
Jonathan H. Rastegar (lead attorney)
Texas Bar No. 24064043
T. William Kennedy Jr.
Texas Bar No. 24055771
Jerry D. Tice II
Texas Bar No. 24093263

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jrastegar@bcpc-law.com
bkennedy@bcpc-law.com

/s/ Deron R. Dacus (with permission)
Deron R. Dacus
State Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas, 75701
+1 (903) 705-1117
+1 (903) 581-2543 facsimile
ddacus@dacusfirm.com

Matthew S. Warren (California Bar No. 230565)
Robert Kang (California Bar No. 274389)
Erika Warren (California Bar No. 295570)
**Warren Lex LLP**
2261 Market Street, No. 606

| | |
|---|---|
| jtice@bcc-law.com | San Francisco, California, 94114 |
| | +1 (415) 895-2940 |
| Attorneys for Plaintiff | +1 (415) 895-2964 facsimile |
| **TACTUS TECHNOLOGIES, LLC** | 20-40@cases.warrenlex.com |
| | |
| | *Attorneys for HMD Global Oy* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 2, 2020, the foregoing document was electronically filed in compliance with Local Rule CV-5(a) and was served on all counsel of record who have consented to electronic service, per Local Rule CV-5(a)(3).

*/s/ Jonathan H. Rastegar*
Jonathan H. Rastegar
