## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| TACTUS TECHNOLOGIES, LLC, | § § § § § § § § § § § § | Case No. 2:20-CV-00040-JRG-RSP<br><br>JURY TRIAL DEMANDED |
| Plaintiff, | | |
| v. | | |
| HMD GLOBAL OY, | | |
| Defendant. | | |

## **ORDER**

Before the Court is the Joint Motion to Stay and Notice of Settlement filed by Plaintiff Tactus Technologies LLC and Defendant HMD Global Oy.

Having considered the filing, and finding that good cause exists for granting of the motion therein, the Court GRANTS the motion and ORDERS that all proceedings and deadlines are stayed for thirty (30) days from the date of this Order while the parties memorialize their settlement and move to dismiss.