**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TACTUS TECHNOLOGIES, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 2:20-cv-00040-JRG-RSP |
| § | |
| HMD GLOBAL OY, § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is Plaintiff Tactus Technologies LLC's ("Tactus") and Defendant HMD Global Oy's ("HMD Global") (collectively, "Parties") Joint Motion to Stay All Deadlines and Notice of Settlement ("Motion"). **Dkt. No. 32**. Parties' Motion notifies the Court that Parties have reached a settlement in principle of all matters in controversy and request a 30-day stay of all deadlines in the above-captioned matter.

After due consideration, the Court **GRANTS** Parties' Motion. It is therefore **ORDERED** that all deadlines in the above-captioned matter are **STAYED** for 30 days.

**SIGNED this 3rd day of September, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE