# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TACTUS TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>HMD GLOBAL OY,<br><br>Defendant. | Case No. 2:20-CV-00040-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tactus Technologies LLC ("Tactus") and Defendant HMD Global Oy ("HMD Global") hereby stipulate and agree that: (i) all of Tactus's claims in this action against HMD Global shall be dismissed with prejudice and (ii) each Party shall bear its own costs, expenses, and attorneys' fees.

.

Dated: September 30, 2020

Respectfully submitted,

*/s/ Jonathan H. Rastegar*
Jonathan H. Rastegar (lead attorney)
Texas Bar No. 24064043
T. William Kennedy Jr.
Texas Bar No. 24055771
Jerry D. Tice II
Texas Bar No. 24093263

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jrastegar@bcpc-law.com
bkennedy@bcpc-law.com
jtice@bcc-law.com

*/s/ Deron R. Dacus (with permission)*
Deron R. Dacus
State Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas, 75701
+1 (903) 705-1117
+1 (903) 581-2543 facsimile
ddacus@dacusfirm.com

Matthew S. Warren (California Bar No. 230565)
Robert Kang (California Bar No. 274389)
Erika Warren (California Bar No. 295570)
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114

2

Attorneys for Plaintiff
**TACTUS TECHNOLOGIES, LLC**

+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-40@cases.warrenlex.com

*Attorneys for HMD Global Oy*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 30, 2020, the foregoing document was electronically filed in compliance with Local Rule CV-5(a) and was served on all counsel of record who have consented to electronic service, per Local Rule CV-5(a)(3).

*/s/ Jonathan H. Rastegar*
Jonathan H. Rastegar