FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TACTUS TECHNOLOGIES LLC, § <br> § <br> Plaintiff, § <br> § <br> § <br> v. § <br> § <br> HMD GLOBAL OY, § <br> § <br> Defendant. § <br> § | Case No. 2:20-CV-00040-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal of Plaintiff Tactus Technologies LLC ("Tactus") and Defendant HMD Global Oy ("HMD") pertaining to the above-captioned action. Having considered the Joint Stipulation of Dismissal, and finding that good cause exists for granting it, the Court is of the opinion that the Joint Stipulation of Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that Tactus's claims against HMD in the above-captioned actions are DISMISSED WITH PREJUDICE as set forth in the Joint Stipulation of Dismissal, with each party to the Joint Stipulation of Dismissal to bear its own costs, expenses and attorneys' fees as may exist between them.