IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TACTUS TECHNOLOGIES LLC, | § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | Case No. 2:20-cv-00040-JRG-RSP |
| HMD GLOBAL OY, | | |
| *Defendant*. | | |

## ORDER

Before the Court is the Stipulation of Dismissal with Prejudice (the "Stipulation") filed jointly by Plaintiff Tactus Technologies LLC and Defendant HMD Global Oy. (Dkt. No. 34). In the Stipulation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and agree that all of Tactus's claims in this action against HMD Global shall be dismissed with prejudice and each party shall bear its own costs, expenses, and attorneys' fees.

Accordingly, the Court **ACCEPTS AND ACKNOWLEDGES** that all of Tactus's claims in this action against HMD Global are **DISMISSED WITH PREJUDICE** and that each party shall bear its own costs, expenses, and attorneys' fees. All pending claims for relief not explicitly granted herein are **DENIED AS MOOT**. The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 8th day of October, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE